```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 05 B 03924
   SAM CADE JR
   ANGELEE B CADE                                 CHAPTER 13

                                                  JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-1134     SSN XXX-XX-6704

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/07/05 and confirmed on 06/10/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  40109.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG         .00           .00           .00
CHASE HOME FINANCE         MORTGAGE ARRE     9114.54           .00       9114.54
FORD MOTOR CREDIT CO       SECURED          12800.00        839.83      12800.00
KEY BANK USA               SECURED              .00           .00           .00
GMAC PAYMENT CENTER        SECURED              .00           .00           .00
ILLINOIS DEPT REVENUE      NOTICE ONLY      NOT FILED         .00           .00
AMERICAN CASH N GO         UNSECURED        NOT FILED         .00           .00
CREDIT FIRST NA            UNSECURED          748.47          .00         748.47
EXCELL LLC ST THERESE      UNSECURED        NOT FILED         .00           .00
CERTIFIED SERVICES INC     UNSECURED          157.10          .00         157.10
ECAST SETTLEMENT CORPORA   UNSECURED         1775.64          .00        1775.64
QUEST DIAGNOSTICS          UNSECURED          201.72          .00         201.72
SPRINT                     UNSECURED        NOT FILED         .00           .00
AFNI/VERIZON               UNSECURED         1265.87          .00        1265.87
FORD MOTOR CREDIT CO       UNSECURED         1438.27          .00        1438.27
GMAC PAYMENT CENTER        UNSECURED         6914.61          .00        6914.61
ECAST SETTLEMENT CORPORA   UNSECURED          375.72          .00         375.72
CERTIFIED SERVICES INC     UNSECURED           67.73          .00          67.73
CERTIFIED SERVICES INC     UNSECURED           99.40          .00          99.40
IL DEPT OF HEALTHCARE &    FILED LATE           .00           .00           .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
       Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  21914.54       .00      13044.53         .00       34959.07
PRINCIPAL PAID      21914.54       .00      13044.53         .00       34959.07
INTEREST PAID         839.83       .00          .00          .00         839.83
```

```
TOTAL PAID              22754.37           .00    13044.53          .00    35798.90
```
The Debtor's attorney, KENNETH S BORCIA & ASSOC        , was allowed $   2700.00
and was paid $     806.00  direct and $   1894.00   through the plan.

The Trustee received $   1654.84 .

Refunds to the Debtor totaled $     761.26 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 05 B 03924 SAM CADE JR & ANGELEE B CADE